■ MASCOT, INC., Respondent, v P&G CONSOLIDATED, INC., Appellant. (Action No. 1.) MASCOT, INC., Respondent, v P&G CONSOLIDATED, INC., Appellant. (Action No. 2.)—Order unanimously affirmed, with costs. (See *Becar v Flues*, 64 NY 518.) (Appeal from order of Monroe Supreme Court—strike affirmative defense.) Present—Cardamone, J. P., Simons, Schnepp, Doerr and Moule, JJ.